| | |
|---|---|
| From: | FIT Navi Estere |
| To: | Luis A Perez |
| Cc: | segreteria.fit@cisl.it; difiore_francesco@itf.org.uk; Cynthia Cabezas |
| Subject: | Re: Seafarer"s Request For Arbitration - ( Elmer Marin vs. Magical Cruise Company, Limited d/b/a Disney Cruise Line ) |
| Date: | Thursday, June 19, 2025 8:37:50 AM |
| Attachments: | D49294D6-3B9ACA00-0-image001.png |

Dear Sirs,
Good afternoon,

In line with the CBA covering the above vessel and the Seafarer Employment Agreement of Mr Elmer (whose contractual conditions refer to the CBA itself), Article 24 "Grievance and Arbitration Procedures", point 3), last paragraph, provide the seafarer, if not satisfied with the outcome of a complaint/grievance, within 10 days from the Company's decision, shall report the claim in writing to the Union. The Union, within 30 days from the receipt of the seafarer's written notice, confers with the Company to resolve the dispute (Conciliation).

If the conciliation is unsuccessful in resolving the grievance then the seafarer may request arbitration and such request must be made in writing within ten days after the date of the outcome of the Conciliation Conference, or within ninety days form the date the incident or issue first occurred, if no grievance has been filed.

The request for arbitration brought outside the time limit above will not be recognized and will be time-barred, if for supported reasons the seafarer is not in the condition to comply with this requirement then the time limit may be extended, subject to the Union and Company agreeing to such extention.

Following a thorough investigation in our database, we confirm that we have never been notified of the case, neither from the seafarer nor any of his representative, till the receipt of your message.

This is the first time we learn the case of Mr Elmer Marin, for an accident which apparently occurred to him in February 2020, during his service on board the vessel Disney Wonder.

In line with our CBA, Article 24 "Grievance and Arbitration Procedures", point 5 "Arbitration Procedure", as union, we decline to represent Mr Elmer in an arbitration.

Best regards

Di Fiore Francesco
ITF - Inspectorate Co-ordinator ITALY
FIT-CISL (ITA)
Mob. +39.331..670.8367
e-mail:difiore_francesco@itf.org.uk

Il presente messaggio non è di carattere personale e l'eventuale risposta potrebbe essere conosciuta, oltre che dal mittente, anche da altre figure professionali che operano all'interno dell'Ente. Ai sensi sel Regolamento EU 2016/679 si precisa inoltre che le informazioni contenute in questo messaggio sono riservate e ad uso esclusivo del destinatario. Qualora il messaggio in parola Le fosse pervenuto per errore, La preghiamo di eliminarlo senza copiarlo e di non inoltrarlo a terzi, dandocene gentilmente comunicazione. Grazie.

Privacy Information - This message, for the Regulation EU 2016/679 (General Data Protection Regulation), may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose or take any action based on this message or any information herein.

Exhibit B

If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thanks.

**Luis A Perez <lap@perezlaw.net>** su mercoledì 11 giugno 2025 alle 21:32 +0200 ha scritto:
Dear Mr. Di Fiore,

Please see attached correspondence together with the "Seafarer's Request for Arbitration" which I am submitting on behalf of my client, seafarer Elmer Marin. Thank you.

Luis A. Perez, Esq.
Law Offices of Luis A. Perez, P.A.
9500 S. Dadeland Boulevard - Suite 702
Miami, FL 33156
(305) 577-0063 ph.
(305) 577-4445 fax

The information contained in this electronic correspondence message and any attachment is attorney-client privileged and confidential information intended only for the use of the individual(s) or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone, and return the original message to the sender at the address noted above via U.S. Postal Service or the postal service in the country in which this message was received.

**From:** FIT Navi Estere <fit.naviestere@cisl.it>
**Sent:** Wednesday, June 11, 2025 8:19 AM
**To:** Luis A Perez <lap@perezlaw.net>
**Cc:** Segreteria FIT <segreteria.fit@cisl.it>; difiore_francesco@itf.org.uk
**Subject:** Re: Fwd: Seafarer's Request For Arbitration - Remo Di Fiore ( Contact Information )

Dear Sirs,

You can send communications to the following email address:

Fit.naviestere@cisl.it

Best regards

Di Fiore Francesco
ITF - Inspectorate Co-ordinator ITALY
FIT-CISL (ITA)
Mob. +39.331..670.8367

e-mail: difiore_francesco@itf.org.uk

Il presente messaggio non è di carattere personale e l'eventuale risposta potrebbe essere conosciuta, oltre che dal mittente, anche da altre figure professionali che operano all'interno dell'Ente. Ai sensi sel Regolamento EU 2016/679 si precisa inoltre che le informazioni contenute in questo messaggio sono riservate e ad uso esclusivo del destinatario. Qualora il messaggio in parola Le fosse pervenuto per errore, La preghiamo di eliminarlo senza copiarlo e di non inoltrarlo a terzi, dandocene gentilmente comunicazione. Grazie.

Privacy Information - This message, for the Regulation EU 2016/679 (General Data Protection Regulation), may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thanks.

Segreteria FIT su mercoledì 11 giugno 2025 alle 09:23 +0200 ha scritto:

**FIT-CISL Nazionale**
segreteria.fit@cisl.it
T +39 06 44286 411 -307



www.fitcisl.org
Via Antonio Musa, 4
00161 Roma
T +39 06 442861

Il presente messaggio non è di carattere personale e l'eventuale risposta potrebbe essere conosciuta, oltre che dal mittente, anche da altre figure professionali che operano all'interno dell'Ente. Ai sensi sel Regolamento EU 2016/679 si precisa inoltre che le informazioni contenute in questo messaggio sono riservate e ad uso esclusivo del destinatario. Qualora il messaggio in parola Le fosse pervenuto per errore, La preghiamo di eliminarlo senza copiarlo e di non inoltrarlo a terzi, dandocene gentilmente comunicazione. Grazie.
Privacy Information - This message, for the Regulation EU 2016/679 (General Data Protection Regulation), may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thanks.

----- Messaggio Originale -----

martedì 10 giugno 2025 22:58:47
Da:        Luis A Perez <lap@perezlaw.net>
Federazione FIT
Oggetto:   Seafarer's Request For Arbitration - Remo Di Fiore ( Contact Information )
A:         Segreteria FIT  Federazione FIT

Good evening ,

I'm trying to assist a Disney Cruise Line seafarer with the submission of his "Request For Arbitration" which is supposed to be sent to Remo Di Fiore at Via Antonio Musa, 4 Rome, Italy . Can you please provide me with his email address ?  Thank you .

Luis A. Perez, Esq.
Law Offices of Luis A. Perez, P.A.
9500 S. Dadeland Boulevard - Suite 702
Miami, FL 33156
(305) 577-0063 ph.
(305) 577-4445 fax

The information contained in this electronic correspondence message and any attachment is attorney-client privileged and confidential information intended only for the use of the individual(s) or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone, and return the original message to the sender at the address noted above via U.S. Postal Service or the postal service in the country in which this message was received.

--
Messaggio analizzato da Libraesva ESG.

--
Messaggio analizzato da Libraesva ESG.