

Luis A. Perez
Law Offices of Luis A. Perez, P.A.
9500 S. Dadeland Boulevard – Suite 702
Miami, Florida 33156
lap@perezlaw.net

Dear Mr. Perez:

    I am the Human Resources Director for Magical Cruise Company, Limited, d/b/a Disney Cruise Line ("DCL"). I was informed on June 25, 2025 by Federazione Italiana Trasporti-CISL – the Union representing DCL crewmembers – that you are assisting a DCL crewmember in requesting arbitration. The Union has informed me that it is declining to represent Mr. Marin per its rights under the CBA to decline representation for any claim it believes lacks merit. I understand the Union has also notified you of this decision.

    Because the Union has declined to represent Mr. Marin, it is Mr. Marin's choice as to whether to proceed with arbitration against DCL without Union representation. Per the CBA, the "Seafarer's representative shall take the place of the Union in the arbitration process" when the "Seafarer is not represented by the Union." Additionally, the "costs incurred in connection with the arbitration, including charges by the arbitrator and his legal assessor if appointed, will be shared equally by the Company and the Seafarer."

    DCL respects the rights of its crewmembers and will participate in an arbitration initiated by Mr. Marin if he so chooses, of course preserving all DCL's defenses, including its time bar defense. If Mr. Marin does wish to proceed, please send me a request for arbitration. Upon receipt, DCL will work to appoint an arbitrator from the list of named arbitrators or will work with Mr. Marin to mutually agree to a different arbitrator should the three named arbitrators be unavailable.

    If Mr. Marin does not wish to proceed, then I would appreciate if you would inform us of that decision as well.

Sincerely,

Dewald Hanekom
Human Resources Director
Magical Cruise Company, Limited

Magical Cruise Company Limited
3 Queen Caroline Street, Hammersmith, London W6 9PE, United Kingdom
Tel +44 (0)20 8222 1000
Magical Cruise Company Limited, Registered office: 3 Queen Caroline Street, Hammersmith, London W6 9PE
Registered in England and Wales. Registered No. 03157553

©Disney

 **Outlook**

FW: Letter Regarding Mr. Elmer Marin

📎 1 attachment (147 KB)
Letter DHanekom to LPerez.pdf;

**From:** Hanekom, Dewald <Dewald.Hanekom@disney.com>
**Sent:** Wednesday, July 16, 2025 9:04 PM
**To:** lap@perezlaw.net
**Subject:** Letter Regarding Mr. Elmer Marin

Dear Mr. Perez,

Please find attached letter regarding your client, Mr. Emer Marin.

Thank you and regards,

**Dewald Hanekom**
Human Resources Director | Magical Cruise Company, Limited

This email, including attachments, is private and confidential. If you have received this email in error please notify the sender and delete it from your system. Emails are not secure and may contain viruses. No liability can be accepted for viruses that might be transferred by this email or any attachment.
Magical Cruise Company Limited. Registered office: 3 Queen Caroline Street, Hammersmith, London W6 9PE. Registered in England and Wales. Registered No. 3157553